IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAVERNE HAMPTON                                                                                    Plaintiff

vs.                                                      4:03-CV-315 JMM

SOUTHWEST HOME, INC.                                                                          Defendant

## ORDER TO SHOW CAUSE

On October 7, 2004, defendant filed a motion to dismiss based upon plaintiff's appointed counsel's failure to prosecute in above styled case. Plaintiff has failed to respond to the motion.

IT IS HEREBY ORDERED that a Hearing to Show Cause be scheduled to commence on the 12th day of August, 2005, at 9:00 a.m. in Little Rock, AR, before Judge James M. Moody, 600 West Capitol, Room 389, to show cause why counsel should not be held in contempt for failure to represent his client in the above styled case.

Dated this 22nd day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE